DAVID W. HITTLE, OSB #74142
3040 Commercial Street SE, Suite 200
Salem, OR 97302
Tel.: (503)371-3844
Fax.: (503)371-3738
dhittle@dwhaal.com
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

COREY LEON BUSBY

        Plaintiff,

V.

CAROLYN W. COLVIN,
Commissioner of Social
Security,

        Defendant.

Civil No. 6:13-cv-01322-TC

ORDER FOR ATTORNEY FEES
UNDER THE EQUAL ACCESS TO
JUSTICE ACT (28 U.S.C. §2412)

Plaintiff has filed a Motion for an attorney fee under the Equal Access to Justice Act and has certified that his attorney has consulted with defense counsel and defendant does not object to entry of this Order, therefore, it is hereby ORDERED that Plaintiff is awarded attorney fees payable to his attorney, David W. Hittle, in the amount of $4,086.23 under the Equal Access to Justice Act 28 U.S.C. §2412, pursuant to 28 U.S.C. §1920. If the

U.S. Department of Treasury determines that Plaintiff's EAJA fees are not subject to any offsets allowed under the Department of Treasury's Offset Program, then the check for EAJA fees and expenses shall be made payable to Plaintiff's attorney, David W. Hittle. If Plaintiff has a debt, then the check for any remaining funds after the offset of the debt shall be made out to Plaintiff and mailed to Plaintiff's attorney office at 3040 Commercial Street SE, Suite 200, Salem, Oregon 97302.

DATED this 4 day of February, 2015.

_____
UNITED STATES ~~DISTRICT~~ MAGISTRATE JUDGE

Presented by:

/s/ David W. Hittle
_____
DAVID W. HITTLE, OSB# 74142
Attorney for Plaintiff